#9

B066
No Fee/No IFP

# UNITED STATES DISTRICT COURT
## for the
### Western District of Pennsylvania
### Pittsburgh Division

John Edward Foland

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Federal Bureau of Investigation

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 2:22-cv-289
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

RECEIVED
FEB 15 2022
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY
### (28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | John Edward Foland |
| Street Address | 201 Fifth Street #5 |
| City and County | Ellwood City Lawerance County |
| State and Zip Code | Pennslyvania 16117 |
| Telephone Number | |
| E-mail Address | johnfolandsameone@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Federal Bureau of Investigation |
| Job or Title *(if known)* | |
| Street Address | 935 Pennsylvania Avenue, NW Washington, D.C. 20535-0001 |
| City and County | Washington, D.C. |
| State and Zip Code | Washington, D.C. 20535-0001 |
| Telephone Number | (202) 324-3000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* __John Edward Foland__, is a citizen of the State of *(name)* __Pennslyvania__.

2. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$500,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant w: involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim an write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant, *(name)* Federal Bureau of Investigation , owes the plaintiff *(specify the amount)* $ 500,000.00 , because *(use one or more of the following, as appropriate)*:

### A. On a Promissory Note

On *(date)* _____, the defendant signed and delivered a note promising to pay the plaintif on *(date)* _____ the sum of *(specify the amount)* $ _____ with interest at the r of *(specify the amount)* _____ percent. The defendant has not paid the amount due and owe: *(state the amount of unpaid principal and interest)* $ _____. A copy of the note is attached as ai exhibit or is summarized below. *(Attach the note or summarize what the document says.)*

### B. On an Account Between the Parties

The defendant owes the plaintiff *(specify the amount)* $ 500,000.00 . This debt arises from an account between the parties, based on *(state the basis, such as an agreement between a credit-card company and a credit-card holder)*
I was Paid $500,000 By The FBI in 1981, which was to Be Kept in an Account for me Until I was 18. The Money was Taken in 1987, One Year Before I was to Have Legally Recieved it.

The plaintiff sent the defendant a statement of the account listing the transactions over a certain perioc and showing the bills sent, the payments received or credits approved, and the balance due. The defendant owes *(specify the amount)* $ _____. Copies of the bills or account statements are attached as exhibits or summarized below. *(Attach the statements or summarize what they say.)*

  **C.**  **For Goods Sold and Delivered**

    The defendant owes the plaintiff *(specify the amount)* $ _____ , for goods sold and delivere

    by the plaintiff to the defendant from *(date)* _____ to *(date)* _____ .

  **D.**  **For Money Loaned**

    The defendant owes the plaintiff *(specify the amount)* $ _____ , for money the plaintiff loa

    the defendant on *(date)* _____ .

  **E.**  **For Money Paid by Mistake**

    The defendant owes the plaintiff *(specify the amount)* $ _____ for money paid by mistake t

    the defendant on *(date)* _____ , when the defendant received the payment from *(specify w*

    *paid and describe the circumstances of the payment)*

  **F.**  **For Money Had and Received**

    The defendant was paid money *(specify the amount)* $ _____ on *(date)* _____

    *(identify who paid and describe the circumstances of the payment)*

    It is unjust for the defendant not to pay the plaintiff the money received because *(explain the reason, such*

    *that the money was intended to be paid to the plaintiff, or was paid by coercion, duress, or fraud, or was an overpayment or*

    *deposit to be returned)*

**IV.**  **Relief**

  State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make lega arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would Like The $500,00 to Be paid
The FBI Uncovered 8 Bodies at My Urging,and Then Allowed me to Help them Track 18 Other Men,Through Kentucky and Ohio,
The Money was Taken in 1987,One Year Before I was to Have Legally Recieved it.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may served. I understand that my failure to keep a current address on file with the Clerk's Office may resu in the dismissal of my case.

Date of signing: 02/03/2022

Signature of Plaintiff: *John E Foland*

Printed Name of Plaintiff: John Edward Foland 177485490

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address